# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| MICHAEL PEÑA § | |
| § | |
| v. § | CIVIL ACTION NO. 4:21-cv-254-ALM |
| § | |
| SPECTRUM REALTY GROUP, LLC; § | |
| NORTHSTAR GROUP, LLC § | |

## ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL

The Parties to the above-captioned matter have filed a Joint Stipulation of Voluntary Dismissal (Dkt. #21) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), requesting dismissal of this civil action in its entirety, with prejudice. It is therefore ORDERED that the case is DISMISSED WITH PREJUDICE in its entirety, with all parties to bear their own respective legal fees and costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 8th day of November, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE